# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Gwen Daniel

Date: July 1, 2009

Civil Action No. 09-cv-01386-JLK

*Parties:*                                            *Counsel:*

F.E.A.,                                               Cara R. Burns

    Plaintiff,

v.

JOHN DOES 1-100, JANE DOES 1-100, and  
XYZ COMPANY,

    Defendants.

---

## COURTROOM MINUTES

**Preliminary Injunction Hearing**

**2:04 p.m**   Court in session.

Argument by Ms. Burns.

**ORDERED:**   Ex Parte Application For: A Temporary Restraining Order; Seizure Order; And An Order To Show Cause Regarding Why A Preliminary Injunction And Order Of Seizure Should Not Issue (Filed 6/15/09; Doc. No. 4) is GRANTED.

**2:10 p.m.**   Court in recess.  
Hearing concluded.  
Time: 00:06.